IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS ALLEN WARDLAW,

    Petitioner,                      No. CIV S-04-2172 MCE EFB P

    vs.

C. M. HARRISON,

    Respondent.                   ORDER

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. The action proceeds on petitioner's October 14, 2004, petition. Respondent has answered. On October 4, 2006, petitioner filed a paper styled, "Amended Petition," with a request for leave to amend to add previously unexhausted claims.

       Petitioner has not complied with the local rule applicable to amended pleadings and for that reason petitioner's request will be denied without prejudice.

       An amended petition "shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading." Local Rule 15-220.

       Petitioner has not retyped the amended petition so that it is complete in itself without reference to the October 14, 2004, petition. He includes only the claim he seeks to add.

////

1  Accordingly, it is ORDERED that petitioner's October 4, 2006, request to file an
2  amended petition is denied without prejudice.  If petitioner wishes to proceed on an amended
3  petition, he has 30 days from the date this order is served to file an amended petition that
4  complies with the local rules of practice.
5  Dated: October 17, 2006.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE