IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS ALLEN WARDLAW,

    Petitioner,                              No. CIV S-04-2172 MCE EFB P

    vs.

C. M. HARRISON,

    Respondent.                           <u>ORDER</u>

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This action proceeds on petitioner's October 14, 2004, petition, which respondent has answered. On October 30, 2006, petitioner filed a paper styled, "Amended Petition," containing an additional ground for relief.

        Petitioner has not complied with the federal or local rules governing amended pleadings and so the court will take no action on the October 30, 2006, filing.

        After service of a responsive pleading, "a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a); *see* Rule 11, Rules Governing Section 2254 Proceedings. Petitioner has neither sought leave of court nor obtained written consent of respondent to file an amended petition.

An amended petition "shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading." Local Rule 15-220. Petitioner has not retyped the amended petition so that it is complete in itself without reference to the October 14, 2004, petition. He includes only the claim he seeks to add.

Accordingly, it is ORDERED that the court will take no action on petitioner's October 30, 2006, amended petition.

Dated: November 15, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2